# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-2898

_____

Rene D. Meyer

*Plaintiff - Appellant*

v.

Judge Patrick Schroeder; Judge Eric Johnson; Minnehaha County, Inc.; Minnehaha State's Attorney's Office; Aaron McGowan; State of South Dakota, Inc.; Jason Ravnsborg, Attorney General; Minnehaha Public Defender's Office; Lisa Capellupo

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: July 1, 2019
Filed: July 19, 2019
[Unpublished]

_____

Before KELLY, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

South Dakota resident Rene Meyer brought this civil rights action against state-court judges and other officials claiming violations of her rights as a result of an

allegedly mishandled criminal misdemeanor charge against her, which was ultimately dismissed. The District Court[1] granted the defendants' motions to dismiss, and Meyer appeals. After de novo review of the record, we see no reversible error. See Seldin v. Seldin, 879 F.3d 269, 272 (8th Cir. 2018); Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.